IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20251
Summary Calendar
_____


DAVIS MARK CONRAD,

Plaintiff-Appellant,

versus

DEPARTMENT OF THE TREASURY;
U.S. CUSTOMS SERVICE; JOHN DOE,
Individually, JANE DOE, Individually;
WILLIAM MICHAEL STODDARD;
LENORA GRANATO,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. H-99-CV-2144)
_____
November 15, 2000


Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is affirmed for the reasons given by that court in its thorough memorandum and order of March 2, 2000. Conrad's claims are for Privacy Act violations by the U.S. Customs Service, first for disclosing his OWCP claim to its review committee, and second for failing to correct his file in impugning his credibility by the 1995 reassignment letter. Neither claim has merit.

Conrad furnished the OWCP document to Customs, and his attorney explicitly waived any privacy claim. Furthermore, disclosure to the review committee was permitted by the Privacy Act. The regulations of the Department of Labor are not relevant under these circumstances.

The Customs Service did comply with the Privacy Act by removing the 1995 letter from its files, and Conrad settled that issue by the December 1996 agreement.

AFFIRMED.